# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CHARLY MCLAIN ROSETTE,<br><br>Defendant. | CR-18-63-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 12, 2023. (Doc. 277.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 11, 2023. (Doc. 276.) The United States accused Charly Rosette (Rosette) of violating her conditions of supervised release 1) by knowingly interacting with a convicted felon; and 2) by failing to complete her 180-day term at Passages Residential Re-Entry Center. (Doc. 226.)

At the revocation hearing, Rosette admitted to violating the conditions of her supervised release 1) by knowingly interacting with a convicted felon; and 2) by failing to complete her 180-day term at Passages Residential Re-Entry Center. (Doc. 276.)  Judge Johnston found that the violations that Rosette admitted proved to be serious and warranted revocation, and recommended that Rosette receive a custodial sentence of 6 months 27 months supervised release to follow.  (Doc. 277.) Rosette was advised of her right to appeal and her right to allocute before the undersigned. She waived those rights.  (Doc. 276.)  The violations prove serious and warrant revocation of Rosette's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 277) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Charly McLain Rosette be sentenced to the custody of the United States Bureau of Prisons for 6 months and 27 months supervised release to follow.

DATED this 12th day of April, 2023.

Brian Morris, Chief District Judge
United States District Court